1 Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2 **LAW OFFICE OF KEVIN L. HERNANDEZ**
3 2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
4 T: (702) 563-4450
F: (702) 552-0408
5 kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*
6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT REATH, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL, a domestic corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-02622-APG-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Plaintiff, Scott Reath, and Defendant, Experian Information Solutions, Inc., ("Experian") have reached an agreement in principle to resolve this action as to Experian only. Plaintiff and Experian anticipate that settlement documents will be finalized within the next thirty (30) days.

///
///
///
///
///
///
///
///
///

Therefore, Plaintiff and Experian request that the Court vacate all pending deadlines and filing requirements as to Experian. Plaintiff and Experian further request that the Court set a deadline thirty (30) days from today for either dismissing this action between Plaintiff and Experian with prejudice or filing a joint status report regarding settlement.

Dated: May 16, 2017

**LAW OFFICE OF KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: May 16, 2017

**NAYLOR & BRASTER**

*/s/ Jennifer L. Braster*
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

**IT IS ORDERED** that the settling parties shall have until **June 15, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: May 17, 2017

Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the preceding **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** was served via the U.S. District Court CM/ECF filing system to the following parties:

Jennifer L. Braster, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Patrick J. Reilly, Esq.
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant Credit One Financial*

Dated: May 16, 2017

*/s/ Caesy Morales*_____  _____ _____ .
An Employee of the Law Office of Kevin L. Hernandez