Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT REATH, an individual;<br><br>Plaintiff;<br><br>v.<br><br>CREDIT ONE FINANCIAL, a domestic corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-02622-APG-PAL<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT CREDIT ONE FINANCIAL** |

Plaintiff, Scott Reath and Defendant, Credit One Financial ("Credit One") have reached an agreement in principle to resolve this action as to Credit One only. Plaintiff and Credit One anticipate that settlement documents will be finalized within the next thirty (30) days.

///
///
///
///
///
///
///
///
///

Therefore, Plaintiff and Credit One request that the Court vacate all pending deadlines and filing requirements as to Credit One. Plaintiff and Credit One further request that the Court set a deadline thirty (30) days from today for either dismissing this action between Plaintiff and Credit One with prejudice or filing a joint status report regarding settlement.

Dated: September 26, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: September 26, 2017

**HOLLAND & HART LLP**

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant Credit One Financial*

**IT IS ORDERED** that Plaintiff and Defendant Credit One Financial shall have until **October 26, 2017**, to either file a stipulation to dismiss, or a joint status report advising when the stipulation will be filed.

Dated: October 6, 2017

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing **NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT CREDIT ONE FINANCIAL** was electronically served to the following parties:

Patrick J. Reilly, Esq.
**HOLLAND & HART LLP**
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant Credit One Financial*

Dated: September 26, 2017

*/s/ Caesy Morales*_____.
An Employee of the Law Office of Kevin L. Hernandez