Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Susan M. Schwartz, Esq.
Nevada Bar No. 14270
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Emal:   preilly@hollandhart.com
        smschwartz@hollandhart.com

*Attorneys for Credit One Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SCOTT REATH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CREDIT ONE FINANCIAL, a domestic corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation,<br><br>Defendants. | Case No. : 2:16-cv-02622-APG-PAL<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

The undersigned parties hereby provide the following status report for the Court:

1. The parties have entered into an agreement in principle to settle all claims in this action.

2. Credit One has prepared a draft settlement agreement and delivered the same to counsel for Plaintiff on October 25, 2017. Plaintiff and his counsel are currently in the process of reviewing the agreement.

3. It is anticipated that once the agreement is signed, the parties will execute forthwith a stipulation to dismiss this action with prejudice, with each party to bear its own respective fees and costs.

/ / /

/ / /

/ / /

The parties thank the Court for its attention to this matter and request that the Court set a deadline thirty (30) days from today for either dismissing this action or filing a second joint status report regarding settlement.

DATED this 25th day of October, 2017.    DATED this 25th day of October, 2017.

By: _____/s/ Patrick J. Reilly_____    By: _____/s/ Kevin L. Hernandez_____

Patrick J. Reilly, Esq.
Susan M. Schwartz, Esq.
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Credit One Bank, N.A.*

Kevin L. Hernandez, Esq.
LAW OFFICE OF KEVIN L. HERNANDEZ
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074

*Attorney for Scott Reath*

**IT IS SO ORDERED** this 26th day of October, 2017.

_____
Peggy A. Leen
United States Magistrate Judge

10325428_1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th day of October 2017, a true and correct copy of the foregoing **JOINT STATUS REPORT RE: SETTLEMENT** was served on counsel through the Court's electronic service system as follows:

**Electronic Service:**

| | |
|---|---|
| Kevin L. Hernandez, Esq.<br>LAW OFFICE OF KEVIN L. HERNANDEZ<br>2510 Wigwam Parkway, Suite 206<br>Henderson, Nevada 89074<br>Email:  kevin@kevinhernandezlaw.com | Jennifer L. Braster, Esq.<br>Naylor & Braster<br>1050 Indigo Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Email:  jbraster@naylorandbrasterlaw.com |
| *Attorneys for Scott Reath* | *Attorneys for Experian Information Solutions, Inc.* |

/s/ Susann Thompson
An employee of Holland & Hart LLP

10325428_1