Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SCOTT REATH, an individual;<br><br>Plaintiff,<br><br>v.<br><br>CREDIT ONE FINANCIAL, a domestic corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.: 2:16-cv-02622-APG-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT CREDIT ONE FINANCIAL WITH PREJUDICE** |

Plaintiff, Scott Reath ("Plaintiff"), and Defendant, Credit One Financial ("Credit One") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

///

///

///

Therefore, Plaintiff and Credit One, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Credit One, with Plaintiff and Credit One bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: November 27, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: November 27, 2017

**HOLLAND & HART LLP**

*/s/ Patrick J. Reilly*
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
preilly@hollandhart.com
*Attorneys for Defendant Credit One Financial*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CREDIT ONE FINANCIAL

Pursuant to the stipulation of the Parties under FRCP 41(a), Credit One is dismissed with prejudice. Plaintiff and Credit One will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: 11/28/2017